No. 41. EDITH STEGE, WILLIAM C. DOHRMAN (SOME-TIMES CALLED W. C. DOHRMAN), TERESA L. DOHRMAN, ETC., ET AL. *v.* CITY OF RICHMOND AND G. W. CUSHING. Error to the Supreme Court of the State of California. Argued December 1, 1926. Decided December 13, 1926. *Per Curiam.* Dismissed on the authority of *Klinger* v. *Missouri*, 13 Wall. 257, 263. *Mr. Leonard J. Mather* in behalf of *Messrs. R. M. F. Soto* and *J. W. Dorsey* for plaintiffs in error, submitted. *Mr. Charles N. Kirkbride,* with whom *Mr. Beverly Hodghead* was on the brief, for defendants in error.

---

No. 56. THOMAS M. LIVINGSTON *v.* UNITED STATES. Appeal from the Court of Claims. Argued December 6, 7, 1926. Decided December 13, 1926. *Per Curiam.* Affirmed upon the authority of (1) *Tempel* v. *United States,* 248 U. S. 121, 129; *United States* v. *North American Transportation and Trading Co.,* 253 U. S. 330; *Pearson* v. *United States,* 267 U. S. 423; *Klebe* v. *United States,* 263 U. S. 188; (2) *Hijo* v. *United States,* 194 U. S. 315, 323. *Mr. Ashby Williams* for appellant. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Solicitor General Mitchell* and *Mr. Randolph S. Collins* were on the brief, for the United States.